# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| CHRISTIAN CELOZZI,<br><br>Plaintiff,<br><br>v.<br><br><br>FEDERAL BUREAU OF PRISONS,<br><br>Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No.: 07-cv-645-bbc |

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

that defendant Federal Bureau of Prisons is PERMANENTLY ENJOINED from relying on 28 C.F.R. §§ 570.20 and 570.21 in determining plaintiff's eligibility for transfer to a halfway house. Instead, defendant must determine plaintiff's eligibility using the factors listed in 18 U.S.C. § 3621(b).


THERESA M. OWENS
_____
**Theresa M. Owens, Clerk**

**3/24/08**
**/s/ M. Hardin**
**by Deputy Clerk**                                                                                        Date